UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA　　　　　　:

v.　　　　　　　　　　　　　　　　　:　**ORDER**

TYRELL IVORY,　　　　　　　　　　　:　17 CR 37-4 (VB)

　　　　　Defendant.　　　　　　　　:
--------------------------------------------------------------x

　　　**Sentencing in this violation of supervised release matter is scheduled for May 5, 2021, at 2:30 p.m.** Because of the current public health emergency, the Court will conduct the conference by telephone. During a conference held by telephone on April 21, 2021, defendant waived his right to be physically present and consented to appear by telephone during the May 5, 2021, sentencing.

　　　At the time of the scheduled hearing, all counsel and defendant shall attend by calling the following number and entering the access code when requested:

　　　**Dial-In Number:**　　(888) 363-4749 (toll free) **or** (215) 446-3662

　　　**Access Code:**　　　1703567

Dated: April 21, 2021
　　　 White Plains, NY

　　　　　　　　　　　　　　　　　　SO ORDERED:

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Vincent L. Briccetti
　　　　　　　　　　　　　　　　　　United States District Judge