

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
                                       :
UNITED STATES OF AMERICA               :
                                       : 0208 7:17CR00037-004 (VB)
     -against-                         :  ORDER
                                       :
Tyrell Ivory                           :
                                       :
          Defendant                    :
                                       :
---------------------------------------X
```

Vincent L. Briccetti, United States District Judge:

It is hereby ORDERED that the defendant, Tyrell Ivory ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮ participate and successfully complete an inpatient rehabilitation substance abuse treatment program for a minimum period of 6 months to at least 1 year at Samaritan Village located at 767 Cape Road, Ellenville, NY 12428 (to include their sister sites, beginning on June 3, 2021.

    Dated: New York, New York
          September 27, 2021

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge