UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
UNITED STATES OF AMERICA,  :
                                                    :        **ORDER**
v.                                             :
                                                    :        17 CR 37-4 (VB)
TYRELL IVORY,  :
                           Defendant.   :
------------------------------------------------------x

        At the sentencing hearing on April 14, 2022, in this violation of supervised release matter, for the reasons stated on the record, the Court imposed a sentence of, among other things, TIME SERVED. Accordingly, defendant Tyrell Ivory, USM #78644-054, is hereby ORDERED released from the custody of the United States Marshal, subject to any detainers or detention orders lodged by any immigration or law enforcement authorities.

Dated: April 14, 2022
       White Plains, NY

                                                    SO ORDERED:

                                                    _____
                                                    Vincent L. Briccetti
                                                    United States District Judge